UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| S.T., et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　-against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　　　　　　Defendants. | 25-CV-3502 (JHR) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　WHEREAS on April 28, 2025, Plaintiffs filed a claim seeking attorneys' fees pursuant to the fee-shifting provision of the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1415(i)(3) (ECF 1); and

　　WHEREAS on May 7, 2025, this case was referred to me for general pretrial management purposes (ECF 7); and

　　WHEREAS a case management order was filed by the Second Circuit in the tandem appeals *Y.G. v. New York City Department of Education*, No. 22-1184, providing that additional IDEA fee dispute appeals by the parties in that matter will be remanded to the district court for reconsideration following determination of the *Y.G.* tandem appeals; and

　　WHEREAS even though the order's text is limited to the parties in *Y.G.*, the Second Circuit has been remanding appeals filed by other parties if they raise issues similar enough to those in the *Y.G.* tandem appeals that remand is appropriate; and

WHEREAS this action may raise issues similar to those pending in the *Y.G.* tandem appeals;

IT IS HEREBY ORDERED that Plaintiffs shall file a letter on the docket by **May 16, 2025** stating whether Plaintiffs believe that this case raises issues similar to those in the *Y.G.* tandem appeals, such that a stay would be warranted pending the Second Circuit's decision in the *Y.G.* tandem appeals; and that Defendants shall file any letter in response by **May 30, 2025**.

DATED:    May 9, 2025
         New York, NY

SO ORDERED.

ROBYN F. TARNOFSKY
United States Magistrate Judge