UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| S.T., et al., <br><br>             Plaintiffs, <br><br>   -against- <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, et al., <br><br>             Defendants. | 25-CV-3502 (JHR) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties' joint proposed briefing schedule was due on October 17, 2025. (ECF 14.) The parties have not filed the proposed schedule as required. The parties' time to file their joint proposed briefing scheduled is extended nunc pro tunc until **October 24, 2025.**

DATED:    October 20, 2025
               New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge