UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.T., et al.,

               Plaintiffs,

     -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
et al.,

               Defendants.

25-CV-3502 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic status conference on **January 27, 2026 at 11:00 AM**. The parties should be prepared to discuss the status of the case. Counsel for Plaintiffs and counsel for Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 789 667 602 #**.

Dated: January 21, 2026
     New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**